## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| CONSTRUCTION WORKERS PENSION TRUST FUND LAKE COUNTY AND VICINITY,<br>    Plaintiff,<br>-v-<br>LVI ENVIRONMENTAL SERVICES, INC., an Illinois Corporation,<br>    Defendant. | Case Number:<br>FILED: JUNE 25, 2008<br>08CV3614<br>JUDGE HOLDERMAN<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PH

### CONSTRUCTION WORKERS PENSION TRUST FUND LAKE COUNTY AND VICINITY

| |
|---|
| NAME (Type or print)<br>ROBERT B. GREENBERG |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/Robert B. Greenberg |
| FIRM<br>ASHER, GITTLER, GREENFIELD & D'ALBA, LTD. |
| STREET ADDRESS<br>200 West Jackson Boulevard, Suite 1900 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>01047558 | TELEPHONE NUMBER<br>312-263-1500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |