AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

CONSTRUCTION WORKERS PENSION
TRUST FUND LAKE COUNTY AND
VICINITY,

     Plaintiff,

v.

LVI ENVIRONMENTAL SERVICES, INC.,
an Illinois Corp.,

     Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

08CV3614

JUDGE HOLDERMAN

MAGISTRATE JUDGE DENLOW

TO: (Name and address of defendant)

LVI ENVIRONMENTAL SERVICES, INC., an Illinois Corporation
c/o:  Illinois Corporation Service C, Registered Agent
   801 Adlai Stevenson Drive
   Springfield, IL  62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard - Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_/s/ Paula Newson_             June 25, 2008
(By) DEPUTY CLERK         DATE        Date



(BY) DEPUTY CLERK

Affidavit of Service (personal or corporate)                               Page 1 of 1

IN THE
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION WORKERS PENSION TRUST FUND LAKE COUNTY AND VICINITY<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>LVI ENVIRONMENTAL SERVICES, INC., AN ILLINOIS CORPORATION<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>08CV3614<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS AND COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the 3rd day of July, 2008, at 2:45 PM, at the address of 801 ADLAI STEVENSON Drive, SPRINGFIELD, Sangamon County, IL 62703; this affiant served the above described documents upon LVI ENVIRONMENTAL SERVICES, INC., AN ILLINOIS CORPORATION, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with Holly Blankenship, Operator, A white female approx. 25-30 years of age 5'4"-5'6" in height weighing 140-160 lbs with brown hair.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this 7th day of July, 2008.

Greg Willing, Reg. # 0129-261847, Logan, IL

SUBSCRIBED AND SWORN to before me this 7th day of July, 2008

NOTARY PUBLIC in and for the State of Illinois
Residing at: _____
My Commission Expires: _____

"OFFICIAL SEAL"
LEANNE FRICKE
COMMISSION EXPIRES 04/05/10

FOR: ASHER, GLITTER, GREENFIELD & D'ALBA, LTD.

ORIGINAL PROOF OF SERVICE

Tracking #: 5308218 SEA

76281

https://abclegal.com/agents/proofs/perlbus_notary.asp?ord=5308218&ttl=Affidavit+of+Ser...   7/7/2008