THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONTRUCTION WORKERS PENSION TRUST FUND LAKE COUNTY AND VICINITY,<br><br>   Plaintiff,<br><br> v.<br><br>LVI ENVIRONMENTAL SERVICES, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 08CV03614<br>)<br>)  Judge Holderman<br>)<br>) |

**<u>Notice of Agreed Motion</u>**

TO: Robert B. Greenberg
   Asher, Gittler, Greenfield & D'Alba, Ltd.
   200 W. Jackson, Suite 1900
   Chicago, IL 60606
   RBG@uhlaw.com
   (*Counsel for Plaintiff*)


 PLEASE TAKE NOTICE that on **Thursday, July 24, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Holderman, United States District Court Judge, in the courtroom usually occupied by him in the United States District Courthouse, 219 South Dearborn Street, Chicago, IL, or before such Judge as then may be sitting in his place, and shall then and there present the attached Agreed Motion For An Extension of Time to Answer or Otherwise Plead.

          Respectfully submitted,
          LVI Environmental Services, Inc., *Defendant*

          By: s/ Michael D. Ray____
            One of Their Attorneys

Robert P. Casey (ARDC No. 00409049)
Michael D. Ray ( IL ARDC No. 6285109)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

Two First National Plaza
Twenty-Fifth Floor
20 South Clark Street
Chicago, Illinois 60603-1891
(312) 558-1220

Dated:  July 21, 2008

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 21, 2008, he caused to be electronically filed the foregoing Notice of Agreed Motion for Extension of Time to Answer or Otherwise Plead. Notice of this filing will be sent via the Court's electronic filing system to:

>Robert B. Greenberg
>Asher, Gittler, Greenfield & D'Alba, Ltd.
>200 W. Jackson, Suite 1900
>Chicago, IL 60606
>RBG@uhlaw.com

>s/  Michael D. Ray